IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 1 2 2018
Clerk, U.S District Court
District Of Montana
Missoula

| AMERICAN RELIABLE INS. CO., | CV 17-100-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTINA VLIELAND, JEFF VLIELAND, RANDY SELF, and TINA ROBERTS | |
| Defendants. | |

Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice, and finding good cause appearing,

IT IS HEREBY ORDERED that the motion (Doc. 23) is GRANTED. All claims raised in the Complaint and Request for Declaratory Judgment are hereby DISMISSED WITH PREJUDICE.

Dated this 12th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-